Larry L. JONES, Plaintiff–Appellant,

v.

GEORGE COUNTY SCHOOL
DISTRICT, Defendant–
Appellee.

No. 06–60448

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 22, 2007.

Brandon I. Dorsey, The Law Offices of Brandon I. Dorsey, Jackson, MS, for Plaintiff-Appellant.

William L. McDonough, Jr., Bryant, Dukes & Blakeslee, Gulfport, MS, for Defendant–Appellee.

Before JONES, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Larry L. Jones appeals the jury verdict in favor of George County School District in this Title VII racial discrimination case. Although he never moved for judgment as a matter of law, either before or after the jury verdict, Jones contends that this court should review the sufficiency of the evidence. *See* FED.R.CIV.P. 50. However, the Supreme Court has held that this court cannot review the sufficiency of the evidence unless a Rule 50 motion is made both before and after the trial. *See Unitherm Food Systems, Inc. v. Swift–Eckrich,*

*Inc.,* 546 U.S. 394, ———, 126 S.Ct. 980, 989, 163 L.Ed.2d 974 (2006); *see also Hodges v. Mack Trucks, Inc.,* 474 F.3d 188, 195 (5th Cir.2006). Accordingly, Jones's failure to present a post-verdict Rule 50(b) motion precludes appellate review of the sufficiency of the evidence.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.